# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| LeRoy K Wheeler,<br><br>        Plaintiff,<br><br>    v.<br><br>Rena M. DeSautel, Diane J. Manthei,<br>and Mark J. McCarthy,<br><br>        Defendants. | Case No. 2:12-cv-45<br><br>**REPORT AND RECOMMENDATION** |

LeRoy K Wheeler ("Wheeler") has moved to proceed *in forma pauperis* ("IFP") for his appeal to the Eighth Circuit Court of Appeals. (Doc. # 22). The court previously dismissed Wheeler's 1983 action with prejudice because it is frivolous. (Doc. #17). The court also found that any appeal of the decision would be frivolous, could not be taken in good faith, and may not be taken IFP. Id. Accordingly, **IT IS RECOMMENDED** that Wheeler's motion to proceed IFP (Doc. #22) be **DENIED**. Pursuant to Local Rule 72.1 (D)(3), Wheeler may file a written objection to this recommendation no later than January 28, 2013.

Dated this 11th day of January, 2013.

                                                        /s/ *Karen K. Klein*
                                                        Karen K. Klein
                                                        United States Magistrate Judge